May 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SOUTHWESTERN BELL TELEPHONE, L.P., D/B/A AT&T TEXAS, Appellant

NO. 14-11-01115-CV                           V.

ED EMMETT, EL FRANCO LEE, SYLVIA GARCIA, STEVE RADACK, AND JERRY EVERSOLE, AS MEMBERS OF THE HARRIS COUNTY COMMISSIONERS' COURT; MICHAEL MARCOTTE, AS DIRECTOR OF THE CITY OF HOUSTON DEPARTMENT OF PUBLIC WORKS AND ENGINEERING; AND THE CITY OF HOUSTON, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, ED EMMETT, EL FRANCO LEE, SYLVIA GARCIA, STEVE RADACK, AND JERRY EVERSOLE, AS MEMBERS OF THE HARRIS COUNTY COMMISSIONERS' COURT; MICHAEL MARCOTTE, AS DIRECTOR OF THE CITY OF HOUSTON DEPARTMENT OF PUBLIC WORKS AND ENGINEERING; AND THE CITY OF HOUSTON, signed October 3, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, SOUTHWESTERN BELL TELEPHONE, L.P., D/B/A AT&T TEXAS, to pay all costs incurred in this appeal. We further order this decision certified below for observance.